JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS
TRUST FUNDS FOR SOUTHERN
CALIFORNIA ADMINISTRATIVE
COMPANY, a Delaware limited
liability company,

                    Plaintiff,

v.

POWER JET ENGINEERING, INC., a
California corporation, also known as
and doing business as
HYDROSTRUCTURES,

                    Defendant.

CASE NO. 2:22-cv-00257 SB-MAA

**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

[Hon. Stanley Blumenfeld, Jr.]

      The Court having reviewed the Stipulation re Dismissal of Entire Action by and between Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company and Defendant Power Jet Engineering, Inc., through their respective attorneys,

      IT IS HEREBY ORDERED that this action is dismissed without prejudice in its entirety with each party to bear its own costs and attorney's fees.

Dated: April 6, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge